No. 235, UNITED STATES v. HUMPHRIES AND MOCK. Error to the Circuit Court of the United States for the Northern District of

California. Submitted April 21, 1893. Decided May 1, 1893. BREWER, J. : This case is so nearly like the case just decided, that it is unnecessary to refer to the facts in detail. There also appears in this a further matter of error, in that the court, over the objections of the government, permitted the defendants to introduce evidence that their mill was not profitable. Certainly, whether they made money or not, does not affect the right of the government to recover, or the measure of recovery.

The judgment in this case will also be *Reversed, and a new trial ordered.*

*Mr. Assistant Attorney General Parker* for plaintiffs in error.

No appearance for defendants in error.